UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

| | |
|---|---|
| TAMER K. ABU SHAMLA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | **JUDGMENT IN A CIVIL CASE** |
| ) | **CASE NO. 7:25-CV-1136-D** |
| ANGELICA ALFONSO-ROYALS, ) | |
| KRISTI NOEM, and THE DIRECTOR OF ) | |
| U.S. CITIZENSHIP AND ) | |
| IMMIGRATION SERVICES, ) | |
| ) | |
| Defendants. ) | |

**Decision by Court.**

**IT IS ORDERED, ADJUDGED, AND DECREED** that the court DENIES plaintiff's motion to proceed in forma pauperis [D.E. 2], OVERRULES plaintiff's objections to the M&R [D.E. 8], ADOPTS the conclusions in the M&R [D.E. 7], and DISMISSES WITHOUT PREJUDICE plaintiff's complaint [D.E. 1]. The clerk SHALL close the case.

This Judgment filed and entered on July 21, 2025, and copies to:
Tamer K. Abu Shamla    (via US Mail to 117 Tom Ave., Castle Hayne, NC 28429)

July 21, 2025

Peter A. Moore, Jr.
Clerk of Court

By: /s/ Stephanie Mann
Deputy Clerk